1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

9  UNITED STATES OF AMERICA,                    NO.  MJ11-522

10                          Plaintiff,

11        v.

12  MICHAEL P. GRADNEY,                          DETENTION ORDER

13                          Defendant.

14

15  Offense charged:

16        Count 1:      Felon in Possession of a Firearms-Armed Career Criminal, in violation
17                      of 18 U.S.C. § 922(g)(1) and 924(e)

18  Date of Detention Hearing:  October 26, 2011

19        The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

20  based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

21        FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

22        1.    Pursuant to 18 U.S.C. § 3142(e), there is a rebuttable presumption that

23              defendant is a flight risk and a danger to the community based on the nature of

24              the pending charges.  Application of the presumption is appropriate in this case.

25        2.    Defendant has serious on-going substance abuse problems.

26        3.    Defendant has a history of failures to appear and probation violations.

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 1

4. The complaint alleges defendant took active steps to obstruct justice in addition to the crimes charged.

5. Defendant is facing substantial penalties if convicted of the pending charges

6. There are no conditions or combination of conditions other than detention that will reasonably assure the appearance of defendant as required or ensure the safety of the community.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained and shall be committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 26th day of October, 2011.

_James P. Donohue_

JAMES P. DONOHUE
United States Magistrate Judge